### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JENNIFER BOONE and**                                            **PLAINTIFFS**
**SHAWNEE FREEMAN**

**v.**                           **CASE NO. 4:18-CV-00311 BSM**

**GOLDEN CAKES, INC. and**
**MARTIN GUNACA**                                                  **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of October 2018.


_____
UNITED STATES DISTRICT JUDGE